UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:23-CR-134-7D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| | ) | |
| MALIK JONES, | ) | |
| Defendant | ) | |

Upon motion of the court appointed counsel, Myron T. Hill, Jr., for the above referenced defendant, it is hereby ORDERED that Docket Number 1064 be sealed until such time as requested to be unsealed by Defense Counsel.

This the 22 day of August, 2025.

_____
James C. Dever III
United States District Judge