UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
Case No.: 5:23-CR-134-7D

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| ) | **ORDER** |
| MALIK JONES, ) | |
| Defendant ) | |

Upon motion of the defendant, with no objection from the United States Government, the sentencing in this matter, currently set for September 2, 2025 in Raleigh, North Carolina is hereby continued to __November 2025__.

This the __22__ day of August, 2025.

_____
James C. Dever III
United States District Judge