UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-00134-D-BM

UNITED STATES OF AMERICA    )
                         )
       v.              )      ORDER
                         )
MALIK JONES          )

This matter comes before the Court on the Government's Motion to seal the government's motion to continue. (DE 1243).

For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal the government's motion to continue. (DE 1243).

SO ORDERED this ____30____ day of April, 2026.

_____
JAMES C. DEVER III
United States District Judge